**[J-31A-2021 and J-31B-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 72 MAP 2020 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Superior Court dated May 13, 2020 |
| | : | at No. 1138 MDA 2019 Quashing |
| | : | the Order of the York County Court |
| H.G.K. | : | of Common Pleas, Criminal |
| | : | Division, dated June 7, 2019 at CP- |
| | : | 67-CR-6782-2014. |
| APPEAL OF: PENNSYLVANIA STATE | : | |
| POLICE | : | ARGUED: April 14, 2021 |
| | | |
| COMMONWEALTH OF PENNSYLVANIA | : | No. 73 MAP 2020 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Superior Court dated May 13, 2020 |
| | : | at No. 1148 MDA 2019 Quashing |
| | : | the Order of the York County Court |
| H.G.K. | : | of Common Pleas, Criminal |
| | : | Division, dated June 7, 2019 at CP- |
| | : | 67-CR-6784-2014. |
| APPEAL OF: PENNSYLVANIA STATE | : | |
| POLICE | : | ARGUED: April 14, 2021 |


## ORDER


**PER CURIAM**                                                          **DECIDED: June 22, 2021**

**AND NOW,** this 22nd day of June, 2021, the appeal is DISMISSED as having been

IMPROVIDENTLY GRANTED.